UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA VANDERHORST,

    Plaintiff,

v.

CPM ACQUISITION CORP.
d/b/a Century Extrusion,

    Defendant.
_____/

Case No. 1:22-cv-502

HON. JANE M. BECKERING

## ORDER

This Court having been informed of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Jane M. Beckering, United States District Judge, shall be filed with the Court no later than August 22, 2022.

**IT IS FURTHER ORDERED** that the July 27, 2022 Rule 16 Scheduling Conference is CANCELED.

Dated: July 22, 2022

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge